MEDEVA PHARMA SUISSE A.G., Warner Chilcott Pharmaceuticals Inc., and Warner Chilcott Company, LLC, Plaintiffs–Appellees,

v.

PAR PHARMACEUTICAL, INC., and Emet Pharmaceuticals, LLC, Defendants–Appellants.

No. 2011–1391.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2012.

Christopher N. Sipes, Covington & Burling, LLP, of Washington, DC, argued for plaintiff-appellees. With him on the brief were George F. Pappas, Gary M. Rubman, Paul A. Ainsworth, Roger A. Ford and Brianne Bharkhda.

Daniel G. Brown, Wilson Sonsini Goodrich & Rosati, P.C., of New York, New York, argued for defendants-appellants. With him on the brief were Nicole W. Stafford, of Austin, Texas; and Jennifer

Koh and Wendy Devine, of San Diego, California.

NEWMAN, MAYER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**